Case 08-10615 Document 67-1 Filed in TXSB on 07/19/12 Page 1 of 1




**ENTERED**
**07/20/2012**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:
SUSAN PERELLA
DEBTOR

CHAPTER 13 PROCEEDING:
08-10615-B-13

**ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

Came on for consideration by this Court, the Trustee's Motion to Pay Funds into the Court Registry pursuant to 11 U.S.C. Section 347(a) and it appearing to the Court that the motion as presented is with merit and it is accordingly ,

ORDERED, ADJUDGED AND DECREED that Cindy Boudloche, Chapter 13 Trustee is authorized to pay $712.42 now held by her in the above referenced case for the following Debtor into the registry of the Court:

SUSAN PERELLA
77 SANTA ISABEL BLVD
E4
LAGUNA VISTA, TX
78578

Dated: July 20 - 2012

Gary Goff
Deputy Clerk

Order Submitted By:
Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua Ste 600
Corpus Christi, TX 78401-0823
(361) 883-5786

67

#110